**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA MILANO,**<br>　　　　　Plaintiff,<br>　　v.<br>**JOHN LENNOX,**<br>　　　　　Defendant. | Case No. 4:22-cv-03012-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 6 |

　　　　The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 6, Report and Recommendation, "Report") recommending dismissal of the above-caption action for lack of subject matter jurisdiction. In accordance with Federal Rule of Civil Procedure 72, objections were due no later than June 29, 2022. No objections have been filed with the Court. The Court has reviewed the Report carefully and finds it correct and well-reasoned and adopts it in full.

　　　　Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITHOUT PREJUDICE**.

　　　　This Clerk is Directed to terminate the case.

　　　　**IT IS SO ORDERED.**

Dated: July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**